# Dennis L. Conroy, Ph.D.
Licensed Psychologist
311 Ramsey Street
St. Paul, Minnesota 55102
(651) 224-4560

| Education | Licenses Held |
|---|---|
| Ph.D. Clinical Psychology | Doctoral Level Licensed Psychologist |
| Union Institute, Cincinnati, OH. 1987 | Licensed Police Officer |
| | Certified Clinical Hypnosis |
| | EMDR Certified (Level I & II) |
| M.A. Human Development | |
| St. Mary's College, Winona, MN. 1982 | Professional Organizations |
| B.A. Human Services | Society for Police and Criminal Psychology |
| Metropolitan State University, St. Paul, | Minnesota Police and Peace Officer's Association |
| Minnesota – 1980 | International Association of Chiefs of Police |
| Outstanding Student, 1980 | Psychological Services Section |

**Consulting**
 Anoka County Law Enforcement Peer Counselors
 Federal Bureau of Investigation        Duluth Police Department
 Minneapolis Police Federation          Minneapolis Police Department
 Minnesota Peace Officers Standards and Training Board
 Minnesota State Patrol                 Saint Paul Police Department
 Saybrook University                    United States Department of Justice

**Psychology -** 23 years of clinical experience
   **Agencies**
      Ramsey County Sheriff's Office
      Saint Paul Police Department Employee Assistance Program
      Minnesota State Employee Assistance Program
      Psychologist in Private Practice
      Wilder Child Guidance Clinic
      T.E.A.M. Inc. (Total Employee Assistance Management)
      Lutheran Social Services
      Riverside Medical Center
   **Experience**
      Worked with adults, children, and adolescents with a variety of concerns
      Provided therapy to individual's, couples, families, and groups
      Specific areas of expertise
         Stress management
         Relationship counseling
         Hypnosis and EMDR
         Work with trauma survivors and their families.

**Teaching -** 30 years of teaching experience in an upper division collegiate setting.
- **Universities**
    - Mankato State University
    - Metropolitan State University
    - Concordia College of St. Paul
    - Saint Mary's University
- **Courses taught**

I    Impact of Trauma on First Responders      Ethical Issues in the Human Services
     General Psychology                        Developmental Psychology
     Adolescent Psychology                     Human Behavior in Law Enforcement
     Police Stress                             Issues in Adolescent Counseling
     Qualitative Research                      Child Development
     Case Management in the Human Services     The Psychology of Victims
     Peer Counseling in Law Enforcement        Strategies of Balance
     Working with People                       Demographic Influences on Policing
     Police Wellness                           Families in Crisis.

- **National Training Seminars**
    - Stress and Trauma in Law Enforcement
    - Crisis Management
    - High-Risk Communication
    - Anger Management
    - Dealing with the Emotionally Disturbed for Law Enforcement.
    - Character Based Hiring in Law Enforcement
    - Over 200 workshops to police, civic, and community groups

**Law Enforcement -** 30 years of police experience as a sworn police officer
- **Assignments**
    - Patrol Officer
    - Partol Supervisor
    - Director of Professional Development Institute
    - Director of Field Training Program
    - Director of Employee Assistance Program
    - Communications Center Supervisor
    - Juvenile Officer
    - Vice/Narcotics Investigator
    - Police Psychologist
    - Psychological Profiling

**Volunteer Work**
Board of Directors Union Gospel Mission Twin Cities 2009 –

Board of Directors Minnesota Concerns of Police Survivors 2005 –

Board of Directors Anoka Public Safety Peer Counselors 1996 –

National Law Enforcement Memorial, Mental Health Volunteer for Concerns of Police Survivors
2002 –

Board of Directors Face to Face Counseling Clinic, St. Paul Minnesota 1990 – 1996 (Board Chair 1996)

Coordinate mental health volunteers for Minnesota Law Enforcement Memorial 2000 –

Minnesota Psychological Association Crisis Response Network – 1996

Board of Directors National Psychology Advisory Association Regional Coordinator (1989-1991)

**Awards and Recognition**
Metropolitan State University – Outstanding Student Award – 1980
Federal Bureau of Investigation – Service in the Public Interest  1997
Federal Bureau of Investigation – Service in the Public Interest – 2001
Metropolitan Transit Peer Support Program – Certificate of appreciation – 2001
Emerald Society of Minnesota – Certificate of Appreciation – 2002
Minneapolis Police Federation – Certificate of Appreciation 2002
Saint Paul Police Department – Chief's Award – 2002
Saint Paul Police Federation – Certificate of Appreciation – 2002
Saint Paul Police Officers – Certificate of Appreciation – 2002

**Research**
2003 **Recruitment, Hiring and Retention of Community Policing Officers, Character Based Selection and Assessment**
Cooperative Agreement # 2003-HS-WXK043 United States Department of Justice, Office of Community Oriented Policing Services (2 years)

2001 **Promoting Cooperative Strategies to Reduce Racial Profiling**
Cooperative Agreement #2001-HS-WX-K046 by the U.S. Department of Justice Office of Community Oriented Policing Services (2 years)

1987 Doctoral dissertation "The Price They Paid Police Officers as Victims"

**Publications**

Ethical Issues for Police Psychologists in *Advances in Educational Administration; Vol 12; Leadership in Education, Corrections, and Law Enforcement*; edited by Anthony H. Normore and Brian D. Fitch; 2012

Nationally selected SME for and author of an online course on Policing the Mentally Ill (2011) produced by The Response Network, the online training partner of the IACP, FBINAA and CALEA. See www.policecommunity.net

Means, R., Lowry, K., & Conroy, D. (2011). Hiring: Background Investigations Part 3. *Law and Order*. 59(3), 12-13

Conroy, D. (2007) Communication Difficulties with Emotionally Disturbed Persons, *http://www.policeone.com/edp/articles/1239384/*

Conroy, D., & Bostrom, M. (2004). How to Select a Psychologist for a Law Enforcement Agency *U.S. Government Press, Community Oritented Policing Services*, Washington, D.C.

Conroy, D., & Bostrom, M. (2004). How to Integrate the Psychologist into the Hiring Practice *U.S. Government Press, Community Oritented Policing Services*, Washington, D.C. 2004

Conroy, D., & Wilson, D. (2002). Antidepressant Medications for Police Officers, *Minnesota Police and Peace Officers Journal,* St. Paul, MN

Conroy, D. (2001). Developing a Plan:  Helping a department heal after a police suicide*,* in *Suicide and Law Enforcement,* U.S. Department of Justice, Federal Bureau of Investigation

Conroy, D. & Hess, K. (1992) ***Officers at Risk:  Stress in Law Enforcement and Corrections***, Custom Publishing, Placerville, California,

***Seeking Employment in Law Enforcement, Private Security, and Related Fields*** by Harr, J. Scott and Hess, Karen M.  West Publishing, St. Paul, Minnesota, 1992 (contributor to)

***A Look at the Police World for Police Chaplains***, St. Paul Police Department, St. Paul, Minnesota, 1988