IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard G. Summers, | Civil Action No.: 2:10-cv-03291-RMG-BM |
| Plaintiff, | |
| v. | |
| County of Charleston and/or The Charleston County Sheriff's Department, Deputy R. Stern, Deputy M. Sharpe, Deputy H.E. Bohlander, | |
| Defendants. | |

# Exhibit 6



# EMS REPORT
## Charleston County EMS
4045 Bridge View Dr., Charleston, SC 29405

Phone: (843) 202-6700

| | |
|---|---|
| Run Number: | 0201511 |
| Patient Name: | richard summers |
| Date of Service: | 01/09/2009  9:18:00P |
| Documented By: | Susannah Trammell |

### CREW INFO
- Shift: B
- Station: Medic 04
- Unit ID: 01521
- Crew #1: Trammell, Susannah
- Crew #2: Mitchell, Juanita
- Supervisor: Acting Supervisor

### RESPONSE INFO
- Nature of Call: Assault - B Override
- Location: FOLLY and camp Charleston, SC, USA 29412-
- Type: Parking Lot
- Resp Mode: Emergent
- Resp With:
- Resp Delay:
- Start Mileage: 0.0
- Base Mileage: 0.0

### DISPOSITION
- Outcome: Patient Transported
- Level of Care: ALS 1
- Destination: Medical University of So 171 Ashley Ave Charleston, SC, USA 29401-
- Hospital Reason:
- Pt. Transported: -Supine
- Transp Mode:
- Assisted By:
- Transp Delay:
- At Scene Mileage: 0.0
- At Dest Mileage: 0.0
- Loaded Miles: 0.0

### TIMES
- Received: 21:18
- Dispatched: 21:19
- Enroute: 21:21
- AtScene: 21:26
- At Patient: 21:27
- Transport: 22:09
- At Dest: 22:24
- In Service: 22:33
- At Base:

### OTHER TIMES
- Injury Time: N/A
- Trauma Alrt: N/A

### PATIENT INFORMATION
- Name: summers, richard
- SSN:
- DOB:
- Sex: M
- Weight: 190 lbs
- Phone: (843)000-0000
- Home Address:
- Mailing Address:
- Pers. Effects: None taken/removed

### Employment
- Occupation: 220
- Employer:
- Phone:
- Address:

### BILLING INFORMATION
- Guarantor: summers, richard
- SSN: 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
- Relation: Patient

### Insurance:
- Company: Self Pay
- Address:
- Phone: (843)000-0000
- Security #:

### INITIAL INFORMATION
- Patient Found: Ambulatory
- Chief Complaint: MVC, Psychiatric
- Trauma: MVA - Position in Vehicle - Driver, MVA - Damage - Front - Moderate, MVA - Patient Found - Ambulatory, Other
- Relevant Past History:
- Medications: Undetermined
- Allergies: Unknown

### ASSESSMENTS
22:07  By: Trammell, Susannah

| Body Area | Assessment | Body Area | Assessment |
|---|---|---|---|
| ABC, Airway | Patent | ABC, Breathing | Normal Respirations |

Summers-EMS- 0004

393 of 929



# EMS REPORT
## Charleston County EMS
4045 Bridge View Dr., Charleston, SC 29405

Phone: (843) 202-6700

| | |
|---|---|
| Run Number: | 0201511 |
| Patient Name: | richard summers |
| Date of Service: | 01/09/2009  9:18:00P |
| Documented By: | Susannah Trammell |

## ASSESSMENTS CONT.

22:07  By: Trammell, Susannah

**Body Area**    **Assessment**

## ADULT TRAUMA SCORE

**Time**   **Score**   **Details**
22:17

## IMPRESSIONS

Primary Impression:
Secondary Impression:

## TREATMENT SUMMARY

| Time | Treatment | Description |
|---|---|---|
| 21:35 | | |
| 21:36 | | |
| 21:37 | | |
| 22:02 | | |
| 22:05 | | |
| 22:10 | | |
| 22:17 | | |
| 22:17 | | |
| 22:18 | | |

## NARRATIVE

Summers-EMS- 0005                           394 of 929



# EMS REPORT
## Charleston County EMS
4045 Bridge View Dr., Charleston, SC 29405
Phone: (843) 202-6700

| | |
|---|---|
| Run Number: | 0201511 |
| Patient Name: | richard summers |
| Date of Service: | 01/09/2009  9:18:00P |
| Documented By: | Susannah Trammell |

upon arrival found multiple 90 on scene in rear of burger king parking lot with 53 yo male pt standing in door of his 18-wheeler cab. pt has nothing on but underwear and has leg irons on and police on scene attempting to talk him down from unit. per police on scene pt has already been tazed 4 times. they state pt initially found at gas station approx 1 block down the road. they state pt was acting inappropriately there after being spotted by an officer who had stopped at the gas station for a drink. they then state pt got into his rig ran into the officer and other vehicles at intersection of camp and folly. they state pt then drove down to burger king around to back running into dumpster and wood fence after finally being stopped by concrete wall. unknown whether pt was restrained in rig during incidents. minimal to moderate damage noted to rig. unable to look inside rig. pt then pulled from rig to ground landing on his feet and then being placed on the ground. pt bgl check at this time and stated above. pt also on monitor [redacted] pt unable to answer questions. pt does not seem to be oriented at all asking someone to check on his son and saying multiple times that people were after him and trying to kill him. pt then placed in back of police unit. pt then started banging his head against windows in back of unit and wouldn't stop. police drove off with pt in back out of roadway into back parking lot of resteraunt/bar next door. at this time ems on foot to where pt and police parked. upone ems arriving police had pt out of car and pt begin to run. pt tazed at this time. pt then attempted to run again pt tazed twice more while still running with leg irons on finally falling down. pt eventually moved to lsb and secured with handcuffs and leg irons and c-collar placed on pt. 128 notified and in route to incident. musc med control contacted for administration of ativan to attempt to help control combative pt. per dr borg ems could administer ativan 1mg with additional dose as needed. unable to look for iv as pt restrained with arms behind back and pt lying supine. attempted to have police on scene secure pt in different position but they didn't want to remove cuffs for safety purposes. pt on monitor. 128 on scene 12 lead done and bp taken w /n norms. bgl done again and stated above. pt pupils pinpoint and nonresponsive. pt administered [redacted] in left deltoid. pt immediately calms down and now oriented x 1. pt able to tell his address ssn, birthday, etc. pt states only hx is htn and pt admits to a few beers this evening but no drugs. noted old scars to pts head. pt states this is from old mva injury. pt does not know where he is and denies knowing any events of the night. pt transported to musc. pt transported with 128 and county deputy on board cat 2 due to multiple traumas and unknown cause of disorientation. pt remains calm in route still questioning what is going on. encoded again to musc with updated vs and eta. pt on o2 nc 4 lpm. and attempted warming with blankets and heat on in back of unit as pt had been outside extended period of time with only underwear on. pt transported with no other incident. pt has multiple abrasions noted to arms and legs and face/head as result of multiple trauma from mva and tasering with falls. no major trauma noted other than abrasions and lacs. pt has good strong purposeful movement in all ext. pt abdomen seems distended. lungs clear and equal bilaterally. pt also had multiple small penetrating wounds to torso/back and neck from tazering. all barbs removed by sherrifs dept.

## SIGNATURES

| Time | Type | Disclaimer |
|---|---|---|
| 22:41 | Ordering Physician | Ordering Physician Signature |

Signature
borg

## CREW SIGNATURES

Start Date/Time:   06:52 Jan 09, 2009

| Crew # | Crew 1 Name | Certification | Signature | Crew # | Crew 2 Name | Certification | Signature |
|---|---|---|---|---|---|---|---|
|  | Trammell, Susannah | 93460 |  | 98 | Mitchell, Juanita | 31080 |  |

Summers-EMS- 0006                                395 of 929

# Charleston County EMS
PO BOX 863
LEWISVILLE, NC 27023-0863
1-800-814-5339
www.emsbilling.info

Patient name: SUMMERS, RICHARD

Run Number: 09-8744
Date of call: 1/9/2009
Time of call: 21:26



From: FOLLY AND CAMP
To: MEDICAL UNIVERSITY OF S. CAROLINA

Primary payer: BILL PATIENT

Secondary payer:

| Description | Payer | Check # | Quantity | Unit Price | Payment Date | Amount |
|---|---|---|---|---|---|---|
| ALS Emerg Transport - CCSC | A0427SH | | 1 | $375.00 | | $375.00 |
| Mileage (Urban) - CCSC | A0425SH | | 5 | $7.00 | | $35.00 |

ICD - 9CM - 959.01, 959.3 & 916.8

**PLEASE PAY THIS AMOUNT**  $410.00

------ DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT, THANK YOU. ------

Patient name: SUMMERS, RICHARD

Run Number: 09-8744
Current date: 9/28/2011

AMOUNT ENCLOSED: $

REMIT TO: Charleston County EMS
PO BOX 863
LEWISVILLE, NC 27023-0863

Due on: 10/12/2011

Federal Tax ID: 57-6001289
Incidenet Number: 0201511

Summers-EMS- 0007