IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard G. Summers,<br><br>      Plaintiff,<br><br>v.<br><br>County of Charleston and/or The Charleston County Sheriff's Department, Deputy R. Stern, Deputy M. Sharpe, Deputy H.E. Bohlander,<br><br>      Defendants. | Civil Action No.: 2:10-cv-03291-RMG-BM |

# Exhibit 16

Taser - 0003



### TASER Information

| | |
|---|---|
| Serial # | X00-106550 |
| Model # | X26 |
| X26 Software Version | 18 |
| Dataport CD Version | 16.0 |
| Record Date Range | All Data |
| Computer Time Zone | Eastern Standard Time |
| Using Daylight Savings Time | No |
| X26 Warranty Date | 09/30/06 State: Active |

### Downloaded By

| | |
|---|---|
| Name | C McCraw |
| Dept | CCSO |
| Rank | Lt |
| Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Report Generated | 04/29/11 09:46:54 (local) |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|

[firing data rows redacted]

4/29/2011

Taser - 0004

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0044 | | | | | |
| 0045 | | | | | |
| 0046 | | | | | |
| 0047 | | | | | |
| 0048 | | | | | |
| 0049 | | | | | |
| 0050 | | | | | |
| 0051 | | | | | |
| 0052 | | | | | |
| 0053 | | | | | |
| 0054 | | | | | |
| 0055 | | | | | |
| 0056 | | | | | |
| 0057 | | | | | |
| 0058 | | | | | |
| 0059 | | | | | |
| 0060 | | | | | |
| 0061 | 01/10/09 02:34:36 | 01/09/09 21:34:36 | 5 | 16 | 82 |
| 0062 | 01/10/09 02:34:45 | 01/09/09 21:34:45 | 9 | 17 | 82 |
| 0063 | 01/10/09 02:38:53 | 01/09/09 21:38:53 | 5 | 21 | 81 |
| 0064 | 01/10/09 02:38:59 | 01/09/09 21:38:59 | 5 | 21 | 80 |
| 0065 | | | | | |
| 0066 | | | | | |
| 0067 | | | | | |
| 0068 | | | | | |
| 0069 | | | | | |
| 0070 | | | | | |
| 0071 | | | | | |

4/29/2011