IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard G. Summers,<br><br>    Plaintiff,<br><br>v.<br><br>County of Charleston, County of Charleston Sheriff's Department, Deputy M. Sharpe, Deputy H.E. Bohlander, Deputy R. Stern,<br><br>    Defendants. | Civil Action No.: 2:10-cv-03291-RMG-BM<br><br>**DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES' SUPPLEMENTAL OPINIONS** |

NOW COME Defendants County of Charleston, County of Charleston Sheriff's Department, Deputy M. Sharpe, Deputy H.E. Bohlander, and Deputy R. Stern, in accordance with Federal Rules of Civil Procedure Rule 26(e)(2), and hereby supplement expert disclosures filed November 4, 2011 as follows:

> Diana Mullis, M.D.
> Medical University of South Carolina
> Forensic Division
> 29-C Leinbach Drive
> Charleston, SC 29407
> (843) 792-1461

    Dr. Mullis is a licensed doctor with board certification in psychiatry and neurology. She is expected to testify regarding the psychiatric condition of the plaintiff on the night of the incident which is the subject matter of this litigation and which is more fully set forth in her opinion and supplemental opinion. Her supplemental opinions are being produced to the plaintiff herewith. A copy of her report will be emailed and mailed today to the Court as well as plaintiff's counsel. Her *curriculum vitae* and case list were previously produced the plaintiff's counsel.

1

        Wayne C. Vial, M.D.
        1867 Savage Road
        Charleston, SC 29407
        (843) 763-5866

    Dr. Vial is a licensed doctor with board certification in internal medicine and sleep medication with subspecialties in pulmonary medicine and sleep medicine. Please see his full opinion previously filed. He is expected to testify regarding sleep disorder diagnoses and criteria as well as sleepwalking-related violence. His supplemental opinions are being produced to the plaintiff herewith. A copy of his report will be emailed and mailed to the Court today as well as plaintiff's counsel. His *curriculum vitae* and case list were previously produced to plaintiff's counsel.

    Dr. Dennis Conroy's opinion needs no supplement.

        Respectfully Submitted,

        *s/ Sandra J. Senn*
        SANDRA J. SENN, Fed. ID: 5761
        *Senn Legal, LLC*
        3 Wesley Drive
        P.O. Box 12279
        Charleston, SC 29422
        843-556-4045
        fax: 843-556-4046

        Attorney for all Defendants

April 30, 2012
Charleston, South Carolina