BOHLANDER                               Page 1 of 1



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-314834 | Name | R Maugans |
| Model # | X26 | Dept | CCSO |
| X26 Software Version | 20 | Rank | Sgt |
| Dataport CD Version | 15.5 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | 01/09/2009 - 01/10/2009 | Report Generated | 01/10/09 18:15:33 (local) |
| Computer Time Zone | Eastern Standard Time | | |
| Using Daylight Savings Time | Yes | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 01/09/09 23:48:54 | 01/09/09 18:48:54 | 5 | 25 | 23 |
| 0002 | 01/10/09 02:19:45 | 01/09/09 21:19:45 | 5 | 25 | 22 |
| 0003 | 01/10/09 02:20:03 | 01/09/09 21:20:03 | 5 | 26 | 22 |
| 0004 | 01/10/09 02:20:18 | 01/09/09 21:20:18 | 5 | 26 | 21 |
| 0005 | 01/10/09 02:20:37 | 01/09/09 21:20:37 | 5 | 27 | 21 |

**Recorded X26 Time Changes**

| Seq | GMT Time | Local Time | Change Type |
|---|---|---|---|

End of Report.

0719 0135
about:blank                                                           1/10/2009