

Southern Reporting, Inc.

Transcript of the
Deposition of

Deputy M. Sharpe

8/16/2011

Summers vs. City of Charleston, et al.
2:10 CV-03291



Southern Reporting, Inc.
Phone: 803.749.8100
Fax: 803.749.9991
Email: Depos@southernreporting.net

Deputy M. Sharpe — Summers vs. City of Charleston, et al. — 8/16/2011 — Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

)CIVIL ACTION NO. 2:10 CV-03291
)
RICHARD G. SUMMERS,             )
                                )
        PLAINTIFF,              )
                                )    VIDEO DEPOSITION
        VS.                     )
                                )         OF
CITY OF CHARLESTON, CITY OF     )
CHARLESTON POLICE DEPARTMENT,)   DEPUTY M. SHARPE
COUNTY OF CHARLESTON,           )
CHARLESTON COUNTY SHERIFF'S     )
DEPARTMENT, DEPUTY WILLIAM      )
HANNA, OFFICER B. RIGGS,        )
DEPUTY M. SHARP, DEPUTY H.E.    )
BOHLANDER, JOHN DOE AND JANE    )
DOE,                            )
                                )
        DEFENDANTS.             )
_____)

        THE VIDEO DEPOSITION OF DEPUTY M. SHARPE WAS TAKEN BEFORE SUESAN L. RICHARDSON, A NOTARY PUBLIC IN AND FOR THE STATE OF SOUTH CAROLINA, COMMENCING AT THE HOUR OF 1:32 P.M., TUESDAY, AUGUST 16, 2011, AT THE OFFICE OF SENN, MCDONALD & LEINBACH, 3 WESLEY DRIVE, CHARLESTON, SOUTH CAROLINA.

REPORTED BY

SUESAN L. RICHARDSON

| Deputy M. Sharpe | Summers vs. City of Charleston, et al. | 8/16/2011  Page 37 |

```
 1           -- in the back of -- in the back of her car.  It's a
 2           caged unit and he's out there banging his head on the
 3           back of her back window.
 4      Q    Have you ever had that situation arise before?
 5      A    Not to that degree.  I've had people get, you know, try
 6           to kick out the windows, but --
 7      Q    Is there a procedure that -- that you're taught about
 8           how to deal with that situation?
 9      A    Usually, try to secure them to keep them to keep them
10           from harming themselves or trying to, you know, break
11           out.
12      Q    So how do you secure them?
13      A    On this case, we were going to seat, you know, put him
14           back -- put him in a seatbelt.  We were on the -- I
15           think she was parked on the road, so we moved off the
16           roadway, and we were going to secure him in a seatbelt
17           to keep him from getting up.
18      Q    Is there some flexibility in a seatbelt or would that -
19           - I mean, would that keep him from hitting his head on
20           something?
21      A    If you lock the seatbelt, it's -- it's possible to lock
22           the -- the strap.
23      Q    Is there any other way that you're taught to restrain
24           someone in that situation?
25      A    Not that I can recall right now.  Just without going --
```

2:10-cv-03291-RMG    Date Filed 06/13/12    Entry Number 84-5    Page 4 of 10

Deputy M. Sharpe                Summers vs. City of Charleston, et al.                8/16/2011    Page 39

|  |  |  |
|---|---|---|
| 1 |   | -- have a safe area to go.  We went to the back of the |
| 2 |   | Nectar -- is the Nectar or whatever the restaurant is |
| 3 |   | next door to the Burger King and she goes to the |
| 4 |   | driver's side, the back door on the driver's side, and |
| 5 |   | I went through the passenger side.  I was going to hand |
| 6 |   | her the seatbelt, to her.  By that time, he's pushing |
| 7 |   | his way out and I'm trying to push him back in and |
| 8 |   | she's grabbing onto him.  But with his being bloody, |
| 9 |   | slippery, sweaty, it was -- we couldn't hold onto him |
| 10 |   | and he was able to push his way through -- through out |
| 11 |   | the door.  He had his, you know, he was positioned |
| 12 |   | where -- where he pretty much pushed me out of the way, |
| 13 |   | not -- you know, just was able to get by me. |
| 14 | Q | He came through your side? |
| 15 | A | Right. |
| 16 | Q | The passenger side? |
| 17 | A | Right.  Yes, sir. |
| 18 | Q | Did you have some trepidation about putting your hands |
| 19 |   | on him? |
| 20 | A | I didn't have a problem.  Is -- is that what you're |
| 21 |   | asking; was it a problem doing it? |
| 22 | Q | Sure. |
| 23 | A | No, sir.  I tried pushing him in, was trying to hold |
| 24 |   | on, but there was -- there was nothing to hold on to. |
| 25 |   | He was slippery.  You know, he had a slippery body |

| Deputy M. Sharpe | Summers vs. City of Charleston, et al. | 8/16/2011 Page 41 |

```
 1         placed him in the car and at the same time they got
 2         this call to assist the city, and everybody went to
 3         that call.
 4    Q    And was it your intention to go to that call?
 5    A    No.  Because we were there -- we were with him and
 6         everything just happened, you know, matter of, I would
 7         say seconds.  Without reviewing any tapes, but it was
 8         just, we were there.  Our, you know, we were there, we
 9         had him in the back of the car, waiting to, you know,
10         find out what was going on.  Because we were -- we were
11         both off duty and we just responded.
12    Q    How many probes did you see EMS remove from Mr. Summers
13         before this incident in Deputy Stern's car?
14    A    You had said if -- if they did it, like I say, I
15         believe she removed two, but that's all -- I mean
16         that's all that I could recall.
17    Q    Okay.  So he gets past you.  What happens next?
18    A    He comes out and he's standing on the back of the
19         vehicle, on the quarter panel, the rear.  And I'm
20         telling him to get back in the vehicle.  He needs to
21         get back in.
22    Q    Now, are you saying he's standing on the quarter panel
23         of the vehicle?
24    A    He's in front of it.  He's in front of the car, the
25         rear of the car.
```

| | | |
|---|---|---|
| Deputy M. Sharpe | Summers vs. City of Charleston, et al. | 8/16/2011   Page 42 |

1  Q   Where are his feet?

2  A   His feet?

3  Q   Yeah.

4  A   They're on the ground; he's standing.

5  Q   Okay. So he's standing?

6  A   Right.

7  Q   All right, what happens next?

8  A   We're -- I'm ordering him in back of the vehicle, I had

9      my taser out. I had instructed him, he needs to get

10     back. And at that time, he moved forward and started a

11     full out sprint with the ankle iron -- the leg irons

12     on, and when he made that first jump towards me, I

13     tased him. I deployed my taser.

14 Q   Well, I thought you said he was standing at the quarter

15     panel of the vehicle?

16 A   The back of the vehicle. He got out of the -- the

17     driver's side or the passenger side, the rear -- rear

18     seat.

19 Q   Okay.

20 A   And he's up at this time and then back towards the

21     vehicle -- back towards the -- the side of the car, the

22     back side of the car.

23 Q   The right rear side of the car?

24 A   Right rear.

25 Q   Okay. Which direction is he facing?

Deputy M. Sharpe          Summers vs. City of Charleston, et al.          8/16/2011    Page 43

| | | |
|---|---|---|
| 1 | A | He is facing towards Folly Road. |
| 2 | Q | Towards Folly Road. Would that be to your left? |
| 3 | A | That's directly behind me. |
| 4 | Q | Folly Road's behind you? |
| 5 | A | Right. |
| 6 | Q | So he's facing you? |
| 7 | A | He's facing me. |
| 8 | Q | Okay. And then he does what? |
| 9 | A | He's not complying. We tell him to get back in the |
| 10 | | car. We've already tried keeping him in the car, but |
| 11 | | that was, you know, that didn't work. Then he moved |
| 12 | | forward into a run and when he came towards me, I |
| 13 | | deployed my taser. And I had no -- |
| 14 | Q | Where'd you hit him? |
| 15 | A | In the chest -- in the stomach and the chest. |
| 16 | Q | What happened? |
| 17 | A | Nothing, he kept on running. |
| 18 | Q | Okay. |
| 19 | A | And -- and, so there's no affect, then I deployed it -- |
| 20 | | I pulled the trigger again and he still -- |
| 21 | Q | When you pulled the trigger again -- |
| 22 | A | Or the -- |
| 23 | Q | -- did you strike him the second time? |
| 24 | A | No, it was still -- it was still in him, the -- the |
| 25 | | probes. |

| | | |
|---|---|---|
| 1 | Q | The probes were still in him. |
| 2 | A | It does its five second, yeah. |
| 3 | Q | Okay. |
| 4 | A | And then you can -- |
| 5 | Q | So you zapped him again? |
| 6 | A | -- get another burst.  Do another burst of -- with the |
| 7 | | taser. |
| 8 | Q | When you hit that second burst, what's his position in |
| 9 | | -- in -- relative to you? |
| 10 | A | He's in front of me.  He's in front of me now, running |
| 11 | | away from me. |
| 12 | Q | He's running away from you? |
| 13 | A | Right. |
| 14 | Q | How long is this taser chord or whatever? |
| 15 | A | I believe that's 21 feet. |
| 16 | Q | Twenty-one feet. |
| 17 | A | And it has no -- there's no affect on him. |
| 18 | Q | So -- |
| 19 | A | Now, if I -- he -- like I say, he's running, and I mean |
| 20 | | nothing's happening, but he's in a -- he's in a good |
| 21 | | run.  I mean he's running.  That's probably the first |
| 22 | | time I've seen that. |
| 23 | Q | So what happens? |
| 24 | A | I believe he -- I don't know at what point, but he |
| 25 | | falls, we -- we tell him to stay down and he gets back |

2:10-cv-03291-RMG   Date Filed 06/13/12   Entry Number 84-5   Page 9 of 10

Deputy M. Sharpe                    Summers vs. City of Charleston, et al.                  8/16/2011   Page 51

```
 1              - you deployed the taser into his chest.  And he ran
 2              approximately 20 yards while the taser was activated
 3              before falling to the ground.  You ordered him to stay
 4              on the ground and again got to his feet and started
 5              running towards Folly Road so you hit the taser again.
 6     A        Yes, sir.
 7     Q        Same result as the first time, no effect?
 8     A        Yes, sir.
 9     Q        And then Stern hits Mr. Summers two more times in the
10              back and the neck; is that right?
11     A        Well, she deployed her taser --
12     Q        Yeah.
13     A        -- striking him in the back?  No.
14     Q        Striking him in the back and the neck.
15     A        Yeah, that's where the -- we have no control over the
16              way the probes strike.  But you hit a area, they're
17              going -- the bottom one usually drops at a angle, so
18              it's -- I mean --
19     Q        Are you supposed to hit him in the neck with a taser?
20     A        At this -- you're not supposed to -- no.  But when
21              you're in a situation like that, you have no control
22              over it and it was -- it's not an intentional
23              deployment to, you know, to strike him in the neck or
24              strike anyone in a certain area.
25     Q        So I understand how this taser thing works.  Once the
```

2:10-cv-03291-RMG    Date Filed 06/13/12    Entry Number 84-5    Page 10 of 10

Deputy M. Sharpe                Summers vs. City of Charleston, et al.                8/16/2011    Page 45

```
 1         up.  And I think at that time, that's when Bohlander
 2         comes in.  But I'm not a hundred percent sure on that.
 3         And then my taser is not -- it's not doing anything and
 4         then Deputy Stern comes up behind him and tases him in
 5         the back with the -- as he's running away from us.  And
 6         that puts him on the ground.
 7    Q    Did Stern ever give you the -- a command to tase him?
 8    A    Who's that?
 9    Q    Stern?
10    A    No.
11    Q    Never happened?
12    A    I don't understand the question.  Ask me again, please.
13    Q    Did Stern ever give you the command to tase him?
14    A    No.  It's --
15    Q    Okay.  Did Stern ever reference that this man has a
16         closed head injury?
17    A    I don't recall.
18    Q    Was EMS on the scene when all this was going on?
19    A    They came back on scene.  Like I said, I -- I don't
20         know when, at what point.  My concern was with him and,
21         like, as fast as everyone left, they came back.
22    Q    Did you see this man on the ground?
23    A    For a brief time, when he didn't -- when he went down
24         and he got back up, and ran again.
25    Q    That's the only time?
```