IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard G. Summers,<br><br>    Plaintiff,<br><br>v.<br><br>County of Charleston and/or The Charleston County Sheriff's Department, Deputy R. Stern, Deputy M. Sharpe, Deputy H.E. Bohlander,<br><br>    Defendants. | Civil Action No.: 2:10-cv-03291-RMG-BM |

# Exhibit F

PAGE 1 OF 2

**CHARLESTON COUNTY SHERIFF'S OFFICE**
**STATEMENT**

OCA # 2009-000810

DATE 1/9/09

STATEMENT OF: Chandler Summerfield
ADDRESS: 1101 Blue Marlin Dr.            PHONE #: 762-1679
EMPLOYER: Self Employed                  PHONE #: 345-490?
RACE: White    SEX: M    DATE OF BIRTH: 2/5/74

I walked outside the evening 1/9/09 to lock all cars and equipment before returning to the couch and television. I saw the neighbor outside in his briefs banging on the glass of his tractor trailer truck. I whistled at him in my driveway. No response. After several attempts of saying his name I walked next door to make sure things were o.k. He told me that he had to get in his truck. I asked why. He repeated, I have to get in the truck. He asked me how to get in the truck. I told him he could use his gun. He said he had all his guns at his dads house. I then told him he could use a rock. I knew something was wrong so I told him that I would look for a rock. I walked on the side of the house and called his son Richard. He proceeded to take something nearby to break the driverside window and drive the truck into the Mercedes parked in

I HAVE READ (HAD READ TO ME) THE FOREGOING STATEMENT WHICH HAS BEEN FREELY AND VOLUNTARILY MADE BY ME AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signature: Chandler Summerfield

WITNESSES: Dep. ___ #9354

0719 0186
I HAVE RECEIVED A COPY OF THE ABOVE STATEMENT ___ Chandler Summerfield
Signature

CCSO-109

PAGE 2 OF 2

**CHARLESTON COUNTY SHERIFF'S OFFICE**
**STATEMENT**

OCA # 2009-000810

DATE 1/9/09

STATEMENT OF: GRIMMETT, CHANDLER    S# 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    600/183 bro/bro
ADDRESS: 1106 BLUE MARLIN DR.    PHONE #: 762-1679
EMPLOYER: SELF-EMPLOYED (LANDSCAPING)    PHONE #: 345-4901
RACE: W    SEX: M    DATE OF BIRTH: 02-05-74

front of it. He pushed the Mercedes in the neighbors yard and backed it back into the driveway. He walked back in the house. I walked across the street to tell the neighbors across the street to not worry everything would be o.k. He then came out of the house and took off down Blue Marlin Drive. ✱ The following Q/A by Dep S.T. Brown, as answered by witness:

Q: WHEN THIS INCIDENT OCCURRED, DID YOU ATTEMPT TO CONTACT "9-1-1" FOR ASSISTANCE?

A: NO, I CONTACTED HIS SON, RICHARD, TO TELL HIM SOMETHING WAS WRONG WITH HIS DAD.

Q: WHEN YOU WERE TALKING TO YOUR NEIGHBOR (RICK) HE WAS WEARING ONLY UNDERWEAR?

A: YES, THAT IS WHY I KNEW SOMETHING WAS WRONG WITH HIM.

Q: WHEN YOU WERE SPEAKING TO HIM, HE WAS NOT ACTING NORMALLY?

A: NO.

Q: WHY DID YOU SUGGEST HE "USE A GUN" TO GAIN ACCESS TO HIS VEHICLE?

A: WELL, THAT WAS WHEN I WAS TALKING TO HIM FROM ACROSS THE YARD, BEFORE I WALKED OVER TO HIM AND SAW HIM UP-CLOSE. THEN I REALIZED HE DID NOT LOOK RIGHT.

Q: THAT IS WHEN YOU CALLED HIS SON, CORRECT?

A: YES, I WALKED OVER AROUND THE SIDE OF THE HOUSE SO HE COULD NOT HEAR ME TALKING ON THE PHONE.

I HAVE READ (HAD READ TO ME) THE FOREGOING STATEMENT WHICH HAS BEEN FREELY AND VOLUNTARILY MADE BY ME AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

x Chandler Grimmett
Signature

WITNESSES:
Dep S.T.B. #9354

0719 0187
I HAVE RECEIVED A COPY OF THE ABOVE STATEMENT    x Chandler Grimmett
Signature

CCSO-109