IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard G. Summers,<br><br>    Plaintiff,<br><br>v.<br><br>County of Charleston and/or The Charleston County Sheriff's Department, Deputy R. Stern, Deputy M. Sharpe, Deputy H.E. Bohlander,<br><br>    Defendants. | Civil Action No.: 2:10-cv-03291-RMG-BM |

# Exhibit K

## INCIDENT SUPPLEMENT

**CHARLESTON COUNTY SHERIFF'S OFFICE**
3505 PINEHAVEN DRIVE • CHARLESTON HEIGHTS, S.C. 29405-7789 • (843) 554-4700

J. Al Cannon, Jr.
Sheriff

| SC0100000 | OPERATOR NUMBER | ORIGINAL CASE NUMBER 2009-000810-B | PAGE 1 of 2 PAGES | HOLD ENTRY |
|---|---|---|---|---|

- ☐ ORIGINAL REPORT
- ☒ SUPPLEMENTAL REPORT
- ☐ ADDITIONAL VICTIMS
- ☐ ADDITIONAL WITNESSES
- ☐ ADDITIONAL STOLEN PROPERTY
- ☐ MODIFIES ORIGINAL / CASE STATUS CHANGE
- ☐ ADDITIONAL OFFENDERS
- ☐ ADDITIONAL SUBJECTS
- ☐ ADDITIONAL RECOVERED PROPERTY

**INCIDENT TYPE:** SUSPICIOUS PERSON, ABWIK X 3, TASER DEPLOYED X 4, ARREST X 1.
**INCIDENT LOCATION:** FOLLY RD AND CAMP RD
**DATE:** 01/09/09
**SUSPECT:** SUMMERS, RICHARD GREGORY

(FOLLY RD AND CAMP RD) R/D WAS EN ROUTE TO A SUSPICIOUS PERSON CALL THAT DEP HANNA WAS OUT WITH. DEP HANNA STATED OVER THE NET, HE WAS IN A FOOT PURSUIT WITH THE SUSPECT AND THEN THE SUSPECT GOT INTO HIS VEHICLE AND STARTED TO WRECK INTO OTHER VEHICLES. R/D SHOWED UP ON SCENE SHORTLY THEREAFTER AND DEP HANNA WAS ABLE TO POINT OUT WHERE THE SUSPECT HAD FLED BEHIND THE BURGER KING ON FOLLY RD. R/D MADE CONTACT WITH THE SUSPECT BEHIND THE BURGER KING WHILE HE WAS STILL IN HIS BIG RIG. THE SUSPECT WAS STILL ACTIVELY TRYING TO GET AWAY AND WOULD NOT LISTEN TO ANY OF MY COMMANDS TO REMOVE HIMSELF FROM THE VEHICLE. THE SUSPECT'S VEHICLE WAS TOO BIG AND COULDN'T GET THROUGH THE DRIVE THRU. THE SUSPECT KEPT BACKING UP AND MOVING FORWARD SMASHING EVERYTHING HE HIT. THE SUSPECT THEN BACKED UP AGGRESSIVELY AND TRIED TO LEAVE THE SCENE BY GOING THRU THE FENCE AND ONTO THE NEXT PROPERTY WHICH WAS THE NECTAR BAR AND GRILL. THE SUSPECT STRUCK A DUMPSTER AND PUSHED IT THRU THE FENCE BUT THE VEHICLE AND DUMPSTER GOT CAUGHT UP AGAINST A CONCRETE BLOCK, PREVENTING THE SEMI FROM MOVING FORWARD. R/D AND DEP RUSSELL MADE AN ATTEMPT TO CALL THE SUSPECT OUT FROM THE VEHICLE BUT WAS UNABLE TO DO SO BECAUSE THE DUMPSTER'S FENCE HAD PREVENTED THE SUSPECT FROM OPENING HIS DOORS ALL THE WAY. R/D WAS ABLE TO MAKE MY WAY UP ANOTHER DUMPSTER AND THEN HAD TO JUMP ON THE ROOF OF THE SEMI SO I COULD MAKE AN ATTEMPT TO DETAIN THE SUSPECT. THE SUSPECT WAS STILL NOT LISTENING TO ME AND I PULLED OUT MY TASER AND PRESENTED IT, YELLING AT THE SUSPECT MULTIPLE TIMES TO PLACE HIS HANDS IN THE AIR AND TO START LISTENING TO THE OTHER DEPUTIES AND OFFICERS. THE SUSPECT HAD BEEN INFORMED MULTIPLE TIME THAT HE WOULD BE TASED, THE SUSPECT STILL DID NOT COMPLY AND THEN I TASED HIM. THE SUSPECT WAS STILL NOT COMPLYING WITH THE R/D WHEN HE WOULD NOT PLACE HIS HANDS BEHIND HIS BACK AND LET THE OFFICER WHO WAS IN THE CAB OF THE TRUCK DETAIN HIM. R/D ADVISED THE SUSPECT HE WOULD BE TASED AGAIN, HE DID NOT COMPLY AND WAS TASED AGAIN. THIS HAPPENED TWO MORE TIMES UNTIL THE R/D AND OFFICERS HAD TO FORCEFULLY TAKE THE SUSPECT DOWN AND PLACED HIM IN HANDCUFFS AND LEG SHACKLES. R/D THEN LEFT THE SCENE TO HELP OUT WITH A CITY OF CHARLESTON OFFICER WHO WAS IN DISTRESS AT THE BLUE WATER GAS STATION AT FOLLY RD AND PATTERSON DR. R/D RETURNED TO THE SCENE AFTER CITY WAS ABLE TO GAIN CONTROL AT THE GAS STATION.

| TYPE (GROUP) | N/A | N/A | N/A | N/A | N/A | TOTAL VALUE | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY |
|---|---|---|---|---|---|---|---|
| STOLEN | | | | | | | |
| DAMAGED | | | | | | | N/A |
| BURNED | | | | | | | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
| RECOVERED | | | | | | | |
| SEIZED | | | | | | | N/A |

SUBJECT IDENTIFIED ☒ YES ☐ NO    SUBJECT IDENTIFIED ☒ YES ☐ NO    ☒ ACTIVE ☐ UNFOUNDED    ☐ ADM. CLOSED    ☐ ARRESTED UNDER 16 ☒ ARRESTED 16 AND OVER    ☐ EX-CLEAR UNDER 16 ☐ EX-CLEAR 16 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE: 1.☐ OFFENDER DEATH  2.☐ NO PROSECUTION  3.☐ EXTRADITION DENIED  4.☐ VICTIM DECLINES COOPERATION  5.☐ JUVENILE NO CUSTODY

| REPORTING OFFICER(S) | DATE | BADGE NUMBER | APPROVING OFFICER | DATE | BADGE NUMBER |
|---|---|---|---|---|---|
| DEP H.E. BOHLANDER | 01/10/09 | 10048 | SGT R.E. MAUGANS | 01/10/09 | 8588 |

FOLLOW-UP INVESTIGATION ☐ YES ☐ NO    OFFICER

CCSO-101 3/98

0719 0130

## INCIDENT SUPPLEMENT

**CHARLESTON COUNTY SHERIFF'S OFFICE**
3505 PINEHAVEN DRIVE * CHARLESTON HEIGHTS, S.C. 29405-7789 * (843) 554-4700

J. Al Cannon, Jr.
Sheriff

| SC0100000 | DISPATCH NUMBER | | ORIGINAL CASE NUMBER 2009-000810-B | PAGE 2 OF 2 PAGES | HOLD ENTRY |
|---|---|---|---|---|---|

- ☐ ORIGINAL REPORT
- ☐ MODIFIES ORIGINAL
- ☒ SUPPLEMENTAL REPORT
- ☐ CASE STATUS CHANGE
- ☐ ADDITIONAL VICTIMS
- ☐ ADDITIONAL OFFENDERS
- ☐ ADDITIONAL WITNESSES
- ☐ ADDITIONAL SUBJECTS
- ☐ ADDITIONAL STOLEN PROPERTY
- ☐ ADDITIONAL RECOVERED PROPERTY

**NARRATIVE:**

R/D THEN HEARD OVER THE NET, DEPUTIES STERN AND SHARPE WERE IN A FOOT PURSUIT WITH THE SUSPECT BEHIND NECTAR BAR AND GRILL. R/D RAN BACK TO THEIR POSITION TO SEE THE DEPUTIES HAD TASED THE SUSPECT AGAIN AND HE WAS STILL ACTIVELY RESISTING THE OFFICERS. R/D AND DEPUTIES BROWN AND RILEY WERE ABLE TO SUBDUE THE SUSPECT BY RESTRAINING HIM TO A BACKBOARD. R/D ASSISTED EMS BY RIDING WITH THEM TO MUSC SO WE COULD GET THE SUSPECT CHECKED OUT. THE SUSPECT WAS CLEARED BY MUSC FOR HAVING ONLY SCRAPES AND SCRATCHES. R/D THEN PLACED THE SUSPECT INTO HANDCUFFS, CHECKED THEM FOR LOOSENESS, AND DOUBLE LOCKED THE HANDCUFFS. R/D THEN TRANSPORTED THE SUSPECT TO THE CHARLESTON COUNTY DETENTION CENTER AND LODGED AT THE SAME. R/D CHECKED THE PATROL VEHICLE FOR CONTRABAND BEFORE AND AFTER THE ARREST. NO CONTRABAND WAS FOUND. AFTER THE INCIDENT I PROVIDED SGT MAUGANS WITH MY TASER SO HE COULD DOWNLOAD ITS INFORMATION.

| PROPERTY LIST | TYPE (GROUP) | N/A | N/A | N/A | N/A | N/A | TOTAL VALUE | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY |
|---|---|---|---|---|---|---|---|---|
| | STOLEN | | | | | | | |
| | DAMAGED | | | | | | | N/A |
| | BURNED | | | | | | | |
| | RECOVERED | | | | | | | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY |
| | SEIZED | | | | | | | N/A |

SUBJECT IDENTIFIED ☒ YES ☐ NO    SUBJECT IDENTIFIED ☒ YES ☐ NO    ☒ ACTIVE ☐ ADM. CLOSED ☐ UNFOUNDED
☐ ARRESTED UNDER 18   ☒ ARRESTED 18 AND OVER   ☐ EX-CLEAR UNDER 18   ☐ EX-CLEAR 18 AND OVER

REASON FOR EXCEPTIONAL CLEARANCE: 1.☐ OFFENDER DEATH  2.☐ NO PROSECUTION  3.☐ EXTRADITION DENIED  4.☐ VICTIM DECLINES COOPERATION  5.☐ JUVENILE NO CUSTODY

| REPORTING OFFICER(S) | DATE | BADGE NUMBER | APPROVING OFFICER | DATE | BADGE NUMBER |
|---|---|---|---|---|---|
| DEP H.E. BOHLANDER | 01/10/09 | 10043 | SGT R.E. MAUGANS | 01/10/09 | 8538 |

FOLLOW-UP INVESTIGATION ☐ YES ☐ NO    OFFICER

0719 0131

CCSO-101 8/1/99